IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EARL E. SYDNER, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. **08-737-MJR-CJP** |
| **DEPUTY MARKS, DEPUTY** | ) |
| **SERGEANT VAUGHN, and** | ) |
| **JOHN DOES 2, 3, 4, 5 & 6,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel Defendants' Responses to Plaintiff's First Supplemental Request for Production of Documents. **(Doc. 43)**.

Defendants responded to the motion at **Doc. 44**. The Court construes defendants' response as a request to extend the time for filing objections to the First Supplemental Requests. The Court finds that defendants' failure to timely object to the First Supplemental Requests was the result of excusable neglect, pursuant to Fed.R.Civ.P. 6(b)(1)(B). The time to object to plaintiff's First Supplemental Request for Production of Documents is extended to **September 17, 2010**, the date on which defendants filed their response to the motion and the attached objections. The Court deems the objections attached to **Doc. 44** to be timely.

Accordingly, plaintiff's Motion to Compel Defendants' Responses to Plaintiff's First Supplemental Request for Production of Documents **(Doc. 43)** is **DENIED**.

**IT IS SO ORDERED.**

DATE:  November 2, 2010.

s/ Clifford J. Proud
CLIFFORD J. PROUD
UNITED STATES MAGISTRATE JUDGE