**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EARL E. SYDNER JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 08−cv−0737−SCW |
| | ) |
| DEPUTY MICHAEL MARKS, | ) |
| DEPUTY MARTIN VAUGHN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**WILLIAMS, Magistrate Judge:**

On June 14, 2012, the Court held a Final Pretrial Conference in the above-captioned case.

Appearing for Plaintiff: Katie Hurie and Mark Prost; for Defendants: Joe Bleyer.  The following summarizes the Court's rulings, the reasoning for which is available in more detail on the hearing transcript.

- The Court GRANTED Plaintiff's Motion in Limine to Exclude Reason Plaintiff was Detained During Incident (Dkt. 78).

- The Court GRANTED Defendants' Motion in Limine (Dkt. 104).

- The Court GRANTED Plaintiff's Oral Motions to:
  - Dismiss Count 4 (the Due Process claim against Defendant Vaughn)
  - Dismiss Count 5 (the Due Process claim against Defendant Vann)
  Defendant Vann is therefore DISMISSED from the case, and the previously identified "Count 6" is now "Count 4."

The Final Pretrial Order submitted by the parties will be modified according to the above rulings and docketed.

The case is RESET for a Status Conference on 6/21/2012 at 1:30 p.m., so the Court can rule on any potential objections from the video depositions being taken today and early next week.

**IT IS SO ORDERED.**
**DATE: June 14, 2012**                    */s/ Stephen C. Williams*
                                           **STEPHEN C. WILLIAMS**
                                           United States Magistrate Judge