IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARL E. SYDNER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 08-737-SCW |
| ) | |
| ROBERT BURNS, DEPUTY MARKS, ) | |
| DEPUTY SERGEANT VAUGHN, ) | |
| UNKNOWN PARTY Deputy John Doe 1-6, ) | |
| Sergeant George, and Deputy Charlie, ) | |
| SERGEANT JEROME VANN, DEPUTY ) | |
| GREG ROWALD, SERGEANT GEORGE ) | |
| SCHAEFER, DEPUTY CHARLES ) | |
| GLIDEWELL, DEPUTY ROBERT ) | |
| TELLOR, DEPUTY MICHAEL MARKS ) | |
| and DEPUTY MARTIN VAUGHN, ) | |

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Defendant **ROBERT BURNS** was dismissed on August 28, 2009 by an Order entered by Judge Michael J. Reagan (Doc. 10 ).

Defendants **DEPUTY MARKS** and **DEPUTY SERGEANT VAUGHN**, were dismissed on November 3, 2010 by the filing of Plaintiff's Amended Complaint (Doc. 49).

Defendants **UNKNOWN PARTY**, Deputy John Doe 1-6, Sergeant George, Deputy Charles, **DEPUTY GREG ROWALD, SERGEANT GEORGE SCHAEFER, DEPUTY CHARLIE GLIDEWELL**, and **DEPUTY ROBERT TELLOR** were dismissed on June 28, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 61).

The remaining defendants **SERGEANT JEROME VANN, DEPUTY MICHAEL MARKS**, and **DEPUTY MARTIN VAUGHN** were dismissed with prejudice on July 10, 2012 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 118).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendants **ROBERT BURNS, DEPUTY MARKS, DEPUTY SERGEANT VAUGHN, UNKNOWN PARTY**, Deputy John Doe 1-6, Sergeant George and Deputy Charlie, **DEPUTY GREG ROWALD, SERGEANT GEORGE SCHAEFER, DEPUTY CHARLES GLIDEWELL,** and **DEPUTY ROBERT TELLOR** and against plaintiff **EARL E. SYDNER**.

**DATED** this 16th day of July, 2012

                                        NANCY J. ROSENSTENGEL, CLERK

                                        BY: S/ Angela Vehlewald
                                                Deputy Clerk

**Approved by**    S/ Stephen C. Williams
                  **United States Magistrate Judge**
                  Stephen C. Williams